**Nathaniel S. CLARK, etc., et al. v. The EVENING WISCONSIN CO., et al.**

No. 5894.

Circuit Court of Appeals, Seventh Circuit.

Oct. 1, 1936.

Charles Fahy, of Washington, D. C., for appellants.

T. H. Spence and Arthur Wickham, both of Milwaukee, Wis., for appellees.

Before SPARKS, Circuit Judge.

PER CURIAM.

On consideration whereof it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed pursuant to the foregoing stipulation.

**COMMISSIONER OF INTERNAL REVENUE v. A. A. LEWIS & CO. et al.***

No. 5970.

Circuit Court of Appeals, Seventh Circuit.

Nov. 18, 1936.

Ellis N. Slack, of Washington, D. C., for petitioner.

Franz W. Castle, of Chicago, Ill., for respondent.

Before EVANS, Circuit Judge, and LINDLEY and BRIGGLE, District Judges.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments.

On consideration whereof · it is now here ordered and adjudged by this court that the decision entered in this cause on July 18, 1935, by the United States Board of Tax Appeals be, and the same is hereby, reversed; and that this cause be, and the same is hereby, remanded to the said United States Board of Tax Appeals.